UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY HUNTER, | ) | No. EDCV 15-1248-SVW (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| J. SOTO, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: July 14, 2015.

STEPHEN V. WILSON
United States District Judge